

# United States District Court
## Southern District of Florida



UNITED STATES OF AMERICA
                    Plaintiff

CASE NUMBER: CR: _04-853-CR-Dmitrouleas_

VS.                                          REPORT COMMENCING CRIMINAL
                                                            ACTION

_Lopez-Castro Manuel_                      _23504 • 004_
              Defendant                            USMS NUMBER

TO: CLERK'S OFFICE          MIAMI          FT. LAUDERDALE          W. PALM BEACH
U.S. DISTRICT COURT                (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.   INFORMATION THAT IS NOT APPLICALBE, MARK   N/A

(1) DATE AND TIME OF ARREST: _02-13·13_ A.M. ✓ P.M. _____

(2) LANGUAGE SPOKEN: _ENG_

(3) OFFENSE CHARGED: _Failure to Surrender To FCI TALLAHASSEE_

(4) DATE OF BIRTH: _01·20·52_

(5) TYPE OF CHARGING DOCUMENT:          (CHECK ONE)
    { } INDICTMENT                { } COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    **ORIGINAL DISTRICT:** _____

(6) REMARKS: _____

(7) DATE: _____  (8) ARRESTING OFFICER: _____

(9) AGENCY: _____  (10) PHONE: _____

(11) COMMENTS: _____