

# United States District Court

## Southern District of Florida

CASE NUMBER: CR: *84-853-CR-Dimitrouleas*

UNITED STATES OF AMERICA
Plaintiff

VS.

*Lopez-Castro Manuel*
Defendant

REPORT COMMENCING CRIMINAL
ACTION

*23504 . 004*
USMS NUMBER

TO: CLERK'S OFFICE          MIAMI          FT. LAUDERDALE          W. PALM BEACH
U.S. DISTRICT COURT          (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.   INFORMATION THAT IS NOT APPLICALBE, MARK   N/A

(1) DATE AND TIME OF ARREST: *02-13-13*          A.M. ✓          P.M. _____

(2) LANGUAGE SPOKEN: *ENG*

(3) OFFENSE CHARGED: *Failure to Surrender To FCI TALLAHASSEE*

(4) DATE OF BIRTH: *01.20.52*

(5) TYPE OF CHARGING DOCUMENT:          (CHECK ONE)
   { } INDICTMENT                    { } COMPLAINT TO BE FILED/ALREADY FILED
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   { } PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
   **ORIGINAL DISTRICT:** _____

(6) REMARKS: _____

(7) DATE: _____ . (8) ARRESTING OFFICER: _____

(9) AGENCY: _____ .(10) PHONE: _____

(11) COMMENTS: _____