UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MANUEL LOPEZ-CASTRO,                                     CASE NO.  18-21716-CIV-DIMITROULEAS
                                                                                    (84-853-CR-KEHOE)

        Movant,

vs.

UNITED STATES OF AMERICA,

        Respondent.
_____/

### FINAL JUDGMENT FOR RESPONDENT; ORDER DENYING CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon the Final Judgment and Order Dismissing Motion to Vacate, signed today on May 29, 2018.  Accordingly, pursuant to Rule 58(a), Fed. R. Civ. Proc. and Rule 11(a), Section 2255 Proceedings, it is

ORDERED AND ADJUDGED as follows:

1.      Judgment is entered on behalf of Respondent, against the Movant, Manuel Lopez-Castro.

2.      On consideration of a Certificate of Appealability, the Court will deny such certification as this Court determines that Petitioner has not shown a violation of a substantial constitutional right.  The court notes that pursuant to Rule 22(b)(1), Fed. Rules App. Proc., Petitioner may now seek a certificate of appealability from the Eleventh Circuit Court of Appeals.

3.      The Clerk shall close this case and deny any pending motions as Moot.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of

May, 2018.


WILLIAM P. DIMITROULEAS
United States District Judge


Copies furnished to:

Counsel of Record